IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GREGORY L. ROSS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:17CV281 |
| | ) | |
| GEORGE SOLOMON, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

On March 31, 2017, the Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and served on the parties in this action. (ECF Nos. 2, 3.) Petitioner filed objections (ECF No. 4) to the Recommendation. The Court has reviewed Petitioner's objections *de novo* and finds that they do not change the substance of the Recommendation (ECF No. 2), which is hereby affirmed and adopted.

IT IS THEREFORE ORDERED that the Petition (ECF No. 1) is dismissed for failure to apply to the United States Court of Appeals for the Fourth Circuit for an order authorizing this Court to consider the current Petition as is required by 28 U.S.C. § 2244.

This, the 25th day of April, 2017.

      /s/ Loretta C. Biggs
United States District Judge